376 P.2d 857

In the Matter of the Petition for Writ of Habeas Corpus, by O. D. WALKER.
O. D. WALKER, Petitioner,

v.

Cal BOIES, Sheriff of Maricopa County and Charles N. Ronan, County Attorney of Maricopa County, Respondents.

No. 7623.

Supreme Court of Arizona,

En Banc.

Dec. 19, 1962.

Klass & Welliever, Phoenix, for petitioner.

Charles N. Ronan, County Attorney, Maricopa County, and Walter Kessler, Deputy County Attorney, for respondent.

Harold Goldman and Elizabeth Stover, Phoenix, amicus curiae.

UDALL, Vice Chief Justice.

On motion for rehearing of this case certain questions were raised with reference to our discussion of petitioner's third contention dealing with the issuance of a subpoena duces tecum. A discussion of that issue—which pertained to the issuance of the subpoena in support of petitioner's claimed right to be released from custody on a writ of habeas corpus—was not pertinent nor material to a determination of this case. Therefore, that part of our original opinion which discusses that issue should be disregarded as withdrawn.

Motion for rehearing denied.

BERNSTEIN, C. J., and STRUCKMEYER, JENNINGS and LOCKWOOD, JJ., concur.